IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT JUNEAU ALASKA

THOMAS & HEATHER BATCHELDER )
    Plaintiffs, )
v. )
     )
BLUE CROSS BLUE SHIELD OF ILLINOIS ) Case No. 1JU-21-00665CI
    Defendant. )

### *PRO SE* COMPLAINT FOR CONTRACT BREACH & BREACH OF THE DUTY OF GOOD FAITH & FAIR DEALING

I, Thomas Batchelder, state that the following facts are true and request the following relief:

1. **Filing Location.** This is the correct court location to file because:
Defendant is doing business in this judicial district.
I am a resident in this judicial district.

2. **Filing court.**
Superior Court because my claim is for $1000,000 or less.

3. **Contract or Agreement:** I made the following contract or agreement:
Health Insurance. The Defendant provides health insurance as a retirement benefit earned through the Boeing Corporation. The contract covers both Plaintiffs. This contract initiated on or about 7-1-2016.

4. **Broken Contract or Agreement:** The Defendant broke the agreement as follows:
In multiple health care claims submitted to the Defendant during the period 10-1-20 through 12-31-20, the Defendant unreasonably denied coverage for unpaid medical claims in the amount of $1,178,87. Defendant is the paid secondary insurer for Heather Batchelder and paid primary insurer for Thomas Batchelder. Defendants denial is based on the primary insurance provided to Heather Batchelder by another provider, to which they are not a contractual party. Defendant unreasonably claims contractual rights to a contract to which they are a not a party and unreasonably denying contractual rights to a contract to which they are a party. As such, Defendant is in violation of the IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING which requires the parties to act in a manner which a reasonable person would regard as fair."
Luedtke II 834 P.2d 1220 (Alaska 1992)

### REQUEST FOR RELIEF

**I request the court:**

1. Schedule a bench trial because I want the judge to hear the evidence and decide the case.
2. Order any other relief the Court finds fit and proper, not to exclude cost and legal fees

**I have included the following documents with this *Complaint***

A copy of the agreement

Summons, CIV-100

Case Description CIV-125S

Supporting Documents

Thomas Batchelder
12175 Glacier Highway
Unit E203
Juneau, Alaska 99801

386-689-1474

_____    6-16-2021
Signature                  Date

tbatchelder@globallegalconsulting.com

I authorize the court to email me documents in this case to the email address above.